JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY ANDERSON, | ) Case No. CV 20-4868-CJC (SP) |
|     Petitioner, | ) |
|     v. | ) **JUDGMENT** |
| ON HABEAS CORPUS, | ) |
|     Respondent. | ) |

Pursuant to the Memorandum and Order Granting Voluntary Dismissal,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: July 17, 2020

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE